IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES D. KIMMONS,
    Petitioner,

vs.                                    CASE NO.:  3:04cv166/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 1, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in the case of _State of Florida v. James D. Kimmons_, in the Circuit Court of Santa Rosa County, Florida, case no. 99-114-CFA is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

    DONE AND ORDERED this 5th day of September, 2006.

                                          _s/ M. Casey Rodgers_
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE